AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STEVEN JOHN MULLENIX,         ) | |
|     Plaintiff,         ) | |
|                                ) | **JUDGMENT IN A CIVIL CASE** |
| v.         ) | **CASE NO. 5:09-CV-515-F** |
| ROBIN BARNES and THE OWNERS and         ) | |
| MANAGEMENT (HERMAN) OF RED AND         ) | |
| WHITE GROCER, LAWRENCEVILLE, VA,         ) | |
|     Defendant.         ) | |

**Decision by Court.**

      IT IS ORDERED AND ADJUDGED that after an independent review of the M&R and the record, the court concludes that the M&R is, in part, correct and in accordance with the law. Specifically, the court ADOPTS the portion of the M&R recommending that the Defendants; Motion to Dismiss for lack of personal jurisdiction be allowed. The court declines to adopt the portion of the M&R recommending that the Defendants' Motion to Dismiss for failure to state a claim be allowed.

      For the above reasons, the Defendants' Motion to Dismiss [DE-15] is ALLOWED and the Defendants' Motion to Dismiss [DE-17] is DENIED as moot. The Clerk of Court is DIRECTED to close this case.

      THE ABOVE JUDGMENT WAS ENTERED TODAY, **August 24, 2010**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Steven John Mullenix  (via regular mail - 3727 NC Highway 58, Warrenton, NC 27589)
Torin Fury (via CM/ECF Notice of Electronic Filing)
James D. Secor, III  (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| <u>August 24, 2010</u> | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | |
| |  /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |